United States District Court
Western District of North Carolina
DeeShun Dade #1605039
    Plaintiff,
V.
(F/N/U) Officer Carlineo
    Defendant(s).

Complaint
Civil Action
No. 1:22-cv-125-MR

## I. Jurisdiction & Venue

1.) This is a civil action authorized by 42 U.S.C Section 1983 to redress the deprivation under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C 1331 & 1343(a)(3). Plaintiff seeks declartory relief pursuant to 28 U.S.C Section 2201 & 2202. Plaintiff claims for injitive relief are authorized by 28 U.S.C Section 2283 & 2284, and rule 65 federal rule of civil procedure.

2.) The Western district of North Carolina is an appropiate venue under 28 U.S.C Section 1391(B)(2) because it is where the events giving rise to this claim occured.

## II. Plaintiff(s)

3.) Plaintiff, DeeShun Dade #1605039 is & was at all times mentioned herein as a prisoner of the state of North Carolina in the custody of North Carolina DOC. He was housed at the time of the incident at Foothills Correctional Institution & is currently housed at Foothills CI.

## III. Defendant(s).

4.) Defendant, officer Carlineo is a correctional officer of the North Carolina DOC. Who at at all times ment. herein acted under color of state law & at incident was assigned to Foothills CI.

5.) Each defendant is sued individually in their individual & official capacities. At all times mentioned in this complaint, each defendant acted under color of state law.

**Facts**

6.) At all times mentioned & relevant to this case, plaintiff was housed on E unit, D-Block Cell 404 chronologically as stated below.

7.) On May 13th, 2022, Defendant officer Carlineo arrived at the plaintiff's cell door at or around 19:05, So the plaintiff could use the shower. Upon being the plaintiff requested a state issued wash cloth & was denied. Once outside the cell door the plaintiff & defendant then proceeded to descend the steps. While descending the steps the defendant began pulling on the plaintiff's arm & started squeezing the plaintiff arm. Once on ground level the plaintiff asked the defendant "why the f*** do you keep pulling my arm".

8.) In response the defendant stated "When I say jump, you say how high Mother f***ers I don't gotta let you wash your a**". The plaintiff he called the defendant a "B.t**", & made an attempt to walk towards the shower area. Defendant Carlineo then proceeded apply force to stop the plaintiff from walking. Then defendant then forced the plaintiff against the metal bars & rammed the plaintiff's head against them.

9.) The defendant & plaintiff then started moving towards the staircase. Once at the stairs the defendant then used the mechanical restraints to cause physical harm by tightening the handcuffs as much as possible. While going up the steps, the defendant then attempted to push the plaintiff up the stairs. Upon reaching the top the plaintiff began to resist due to fear of being assaulted while in handcuffs again. The plaintiff was then pinned against the wall by defendant

10.) After reaching the plaintiff's cell door (E4D4), The defendant then pushed the plaintiff in the cell, then entered himself. The plaintiff jumped onto his bunk & stood in the corner. Defendant Cartineo then rushed in & rammed the plaintiff against the wall. Once free from the defendant, the plaintiff attempted to bring the handcuffs around to the front by stepping through with his legs. While in the middle of attempting, the defendant reached the door to exit & noticed the plaintiff's actions & rushed back into the cell & then started wrestle with the plaintiff. When the plaintiff was on his side in a fetal position the defendant then started assulting the plaintiff by mushing & punching aswell as verbally threating the plaintiff.

11.) Upon arrival of Sergeant Adkins the plaintiff was released after the defendant was given multiple orders to "release the plaintiff". Before leaving the cell the defendant states " I will blow you & your family head off". Once the defendant left, Sergeant Adkins & O.I.C Walker spoke to the plaintiff until he was calm, then later looked at the camera footage.

### Exhaution & Remedy

12.) Plaintiff has submitted a grievance form to only have them thrown away. Plaintiff is seeking a temporary Relief Order until such time when the plaintiff can comply with 42 U.S.C § 1997(e)(a). Plaintiff is reserving the right to pursue or refile this claim should the court deny his request for TRO & compel him to first comply with exhaustion Rules.

### Legal Claims

13.) Plaintiff, Deoshun Dude, realleges & incorporates by refrence in paragraphs 1-12

14.) The failure to protect the plaintiff from harrassment & assult aswell as violation of the plaintiff's rights, Which constitutes cruel & unusal punishment under 8th amendment.

15.) The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs discribed therein. Plaintiff has been & will continue to be irrepairably injuried by the conduct of the defendant unless the courts grant the relief the plaintiff seeks.

Wherefore, Plaintiff respectfully pray this court enter judgment granting plaintiff

16.) A declaration that the acts & omissions discribed violated his constitutional right.

17.) A preliminary injuation ordering plaintiff to be transferred to Central prison until such time when he can exhaust administrative remedy procedure.

18.) A temporary relief order in the intrest of justice, for plaintiff protection until such time when he can exhaust administrative remedy procedure

19.) A preliminary & permanent injuation in the intrest of justice, ordering the plaintiff to be moved to Central Prison for his protection until the disposition of the case.

20.) Compensatory damages in the amount of 205,000$ against defendant officer Carlineo

21.) Punitive damages in the amount of 230,000$ against defendant officer Carlineo.

22.) Nominal damages in the amount of 160,000 against defendant Carlineo.

23.) A jury trial on all matters trialable by a jury. Plaintiff cost in this suit & any other relief the Court deem just, reasonable & equitable.

Previous Lawsuits

24.) The plaintiff has filed another lawsuit in federal court.

25.) The plaintiff has filed another lawsuit relating to the conditions of imprisonment

26.) Plaintiff, is Deoshun Dade #1605089.

27.) Defendant(s) are (FNU) Sergeant Church, et al

28.) Federal Court in the Western district of North Carolina

29.) Case file #, 1:22-cv-81-MR

30.) Judge assigned, Chief judge Martin Reidinger,

31.) Approximate date for filing is 4/14/2022. Case still pending.
Dated: 6/13/2022          Respectfully Submitted

- Verification -

I have read the foregoing Complaint & hereby verify that the matters alleged herein as true, except as to matters alleged on information & belief &, as to these i believe them to be true. I Certify under penalty of perjury that the foregoing is true & correct.

Executed at Morganton NC, on June 13th, 2022

Plaintiff: Name: Deeshun Dade

Opus: 1605039

Sign: [signature]

prison address
- 5150 Western ave
Morganton North Carolina 28655