UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00125-MR

| | |
|---|---|
| DEESHUN DADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KACEY R. CARLINEO, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's Request for Production of Documents to Kacey Carlineo. [Doc. 29].

Pro se Plaintiff Deeshun Dade ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Central Prison in Raleigh, North Carolina. On June 21, 2022, he filed this action pursuant to 42 U.S.C. § 1983. [Doc. 1]. Plaintiff's Complaint survived initial review in accordance with the Court's Order and the Court recently entered its Pretrial Order and Case Management Plan. [Docs. 9, 28].

Plaintiff has now filed a Request for Production of Documents directed to Defendant Carlineo. [Doc. 29]. This filing is improper and will be stricken from the record in this matter. As Plaintiff was expressly advised in the Order of Instructions, discovery requests are not filed with the Court. [See Doc. 3].

They should only be served on the opposing party. Moreover, a pro se plaintiff cannot serve documents on an opposing party by filing them with the Court.

**Plaintiff is cautioned to review the Order of Instructions, the Local Rules of this Court, and the Federal Rules of Civil Procedure before filing documents with this Court. Any future improper filings may be summarily dismissed and/or stricken from the record.**

### ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Request for Production of Documents to Kacey Carlineo [Doc. 29] is **STRICKEN** from the record in this matter.

**IT IS SO ORDERED**.

Signed: April 16, 2023

Martin Reidinger
Chief United States District Judge