UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00125-MR

| | |
|---|---|
| DEESHUN DADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ) | |
| KACEY R. CARLINEO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Manually File Video Recording. [Doc. 43].

For the reasons stated in Defendant's motion,

**IT IS HEREBY ORDERED** that Defendants' motion [Doc. 43] is **GRANTED.** Defendant shall mail the Exhibit to the following address for docketing:

U.S. District Court, Asheville Division
Western District of North Carolina
100 Otis Street, Room 309
Asheville, NC 28801

**IT IS FURTHER ORDERED** that within ten (10) days of this Order Defendant shall make a copy of the Exhibit available for viewing by Plaintiff

through the staff at the facility at which Plaintiff is currently housed if the video has not been previously made available to Plaintiff for viewing.

**IT IS SO ORDERED**.

Signed: January 24, 2024

Martin Reidinger
Chief United States District Judge